JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960-6834
(973) 538-6890
David B. Lichtenberg (Pa. I.D. #80703) (lichtend@jacksonlewis.com)
Richard J. Cino (cinor@jacksonlewis.com)
Carla D. Macaluso (macalusc@jacksonlewis.com)
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HOGANS, | : |
| Plaintiff, | : Civil Action No. 3:10-cv-00171 (JMM) |
| v. | : |
| SANOFI PASTEUR, INC., successor to Aventis Pasteur, Inc., | : **DISCLOSURE STATEMENT OF SANOFI PASTEUR INC. PURSUANT TO F.R.C.P. 7.1** |
| Defendant. | : |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Sanofi Pasteur Inc. ("Defendant"), hereby discloses that 1) Defendant is a non-governmental corporate party; 2) Defendant's parent corporation is Life Sciences Holdings Ltd.; and (3) no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6844
(973) 538-6890

By:  /s/ David B. Lichtenberg
David B. Lichtenberg (Pa. ID# 80703)

ATTORNEYS FOR DEFENDANT

Dated: February 9, 2010
127506 Pleading005-Rule 7.1 cert.doc